# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1043.1**
**CAF 13-01890**
PRESENT: SMITH, J.P., PERADOTTO, VALENTINO, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF SUSAN TUTTLE,
PETITIONER-APPELLANT,

V                                              MEMORANDUM AND ORDER

BETH MATEO, RESPONDENT-RESPONDENT.
(APPEAL NO. 1.)

---

DAVISON LAW OFFICE PLLC, CANANDAIGUA (MARY P. DAVISON OF COUNSEL), FOR
PETITIONER-APPELLANT.

ROBERT L. GOSPER, ATTORNEY FOR THE CHILD, CANANDAIGUA.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Ontario County (Maurice
E. Strobridge, JHO), entered October 3, 2013 in a proceeding pursuant
to Family Court Act article 6.  The order dismissed the violation
petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

Same Memorandum as in *Matter of Tuttle v Mateo* ([appeal No. 3]
___ AD3d ___ [Oct. 3, 2014]).

Entered:  October 3, 2014                    Frances E. Cafarell
                                             Clerk of the Court